NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC CORP., BOSTON SCIENTIFIC NEUROMODULATION CORP.,**
*Appellants*

**v.**

**NEVRO CORP.,**
*Cross-Appellant*

---

2022-1797, 2022-1801

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01563.

---

**ON MOTION**

---

# O R D E R

The court construes the parties' joint submission, docketed as ECF No. 11, as a motion to voluntarily dismiss these appeals pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    BOSTON SCIENTIFIC CORP. v. NEVRO CORP.

(1)  The motion is granted to the extent that the appeals are withdrawn.

(2)  The parties shall bear their own costs.

FOR THE COURT

August 3, 2022                              /s/ Peter R. Marksteiner
       Date                                 Peter R. Marksteiner
                                            Clerk of Court


ISSUED AS A MANDATE: August 3, 2022